## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE PEOPLE OF THE STATE OF ILLINOIS,**

      **Plaintiff,**

**v.**

**STORES ONLINE, INC. and**
**GALAXY MALLS, INC.,**

      **Defendants.**                     **Case No. 06-cv-1037-DRH**

## ORDER REMANDING CASE TO STATE COURT

**HERNDON, District Judge:**

This coming on the Parties' Joint Motion to Accept the Parties' Stipulation and Remand Removed Action to State Court (Doc. 11) and this Court having been apprized in the premises, **FINDS** that granting the Stipulation of the Parties is in the best interests of justice, the Parties and this Court. Therefore, this Court hereby **GRANTS** the Parties' Motion (Doc. 11) to accept their Stipulation (Doc. 10), filed herein.

This Court hereby **ORDERS**:

1.    This case is remanded to the Circuit Court for the 3rd Judicial Circuit for Madison County, Illinois; and

2.    The clerk of this court shall return the record in case number

2006-CH-1345 to the Circuit Court for the 3rd Judicial Circuit for

Madison County, Illinois.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2007.

/s/         David   RHerndon

**United States District Judge**